**UNITED STATES of America Plaintiff-Appellee**

v.

**Brittany FRIERSON Defendant-Appellant**

**No. 16-4104**

United States Court of Appeals, Eighth Circuit.

Submitted: August 18, 2017

Filed: August 25, 2017

Denis Dean, U.S. Attorney's Office, Fort Smith, AR, Jonathan Dean Ross, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Texarkana, AR, for Plaintiff-Appellee

Brittany Frierson, Pro Se

Matthew F. Golden, Texarkana, TX, for Defendant-Appellant

Before WOLLMAN, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Brittany Frierson directly appeals after she pleaded guilty to a drug charge, pursuant to a plea agreement that contained an appeal waiver, and the district court[1] sentenced her to a below-Guidelines-range prison term. Her counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

We have reviewed the record to determine whether the appeal waiver is valid, see United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity of appeal waiver), and whether there are any nonfrivolous issues for appeal, see Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) (independent review of record in Anders cases). We conclude that the appeal waiver is valid and enforceable and that there are no non-frivolous issues outside the scope of the waiver. See United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). We grant counsel's motion to withdraw, and we dismiss the appeal.

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.